UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VIGLIENZONI,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBERT TRESSLAR, et al.,<br><br>            Defendants. | Case No.  1:20-cv-01258-NONE-BAM<br><br>ORDER GRANTING JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE<br><br>(Doc. No. 17) |

This matter is currently set for a Scheduling Conference on January 20, 2021.  On January 13, 2021, the parties filed a Joint Scheduling Conference Statement ("Statement").  (Doc. No. 17.)  The Statement requests that the Court continue the Scheduling Conference to March 3, 2021, in light of the Court's recent order regarding the timeline for jurisdictional discovery and the setting of a hearing date for the pending motion to dismiss.  (*See* Doc. No. 16.)

Having considered the parties' request, and good cause appearing based on the status of this action, the Scheduling Conference currently set for January 20, 2021 is HEREBY CONTINUED to **March 3, 2021 at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report one week prior to the conference.  The parties shall appear at the conference with each party connecting <u>remotely</u> either via Zoom video conference or Zoom telephone number.  The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number

1

and password are confidential and are not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

Dated: **January 13, 2021**       /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE

2